IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-679-AP

LAURENE M. BROWN n/k/a LAURENE M. HURLEY,

    Plaintiff,

v.

JO ANNE B. BARNHART,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:
Alan M. Agee, Esq
Alan M. Agee, P.C.
512 S. 8th Street
Colorado Springs, CO 80905
(719) 473-1515
(719) 473-2880 (Facsimile)
Ageealanmpc@qwest.net

For Defendant:
Michele M. Kelley
Special Assistant United States Attorney

*Mailing Address:*
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-0812
(303) 844-0770 (Facsimile)
Michele.kelley@ssa.gov

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    **A.**    **Date Complaint Was Filed:**  April 13, 2005

    **B.**    **Date Complaint Was Served on U.S. Attorney's Office:**  May 13, 2005

    **C.**    **Date Answer and Administrative Record Were Filed:**  July 12, 2005

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties state that the record is complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties intend to submit no additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties state that this case involves no unusually complicated or out-of-the-ordinary claims.

## 7. OTHER MATTERS

The parties bring no other matters to the Court's attention.

## 8. PROPOSED BRIEFING SCHEDULE

    **A.**    **Plaintiff's Opening Brief Due:**  September 10, 2005

    **B.**    **Defendant's Response Brief Due:** October 11, 2005

    **C.**    **Plaintiff's Reply Brief (If Any) Due:** October 26, 2005

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**    **Plaintiff's Statement:** Plaintiff requests oral argument. Plaintiff is in desperate financial need of relief from the Court, and therefore, requests an opportunity for oral argument before the Court.

    **B.**    **Defendant's Statement:** Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

    **A.**    **( x ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **( ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 29th day of July, 2005.

BY THE COURT:

**s/John L. Kane**
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| | UNITED STATES ATTORNEY |
| s/ Alan M. Agee | s/ Michele M. Kelley |
| Alan M. Agee, Esq. | By: Michele M. Kelley |
| 512 S. 8th Street | Special Assistant U.S. Attorney |
| Colorado Springs, CO 80905 | |
| Telephone: (719) 473-1515 | *Mailing Address:* |
| Facsimile: (719)473-2880 | 1961 Stout St., Suite 1001A |
| Ageealanmpc@qwest.net | Denver, Colorado  80294 |
| | Telephone: (303) 844-0812 |
| Attorney for Plaintiff | Facsimile: (303) 844-0770 |
| | michele.kelley@ssa.gov |
| | |
| | *Street Address:* |
| | United States Attorney's Office |
| | 1225 Seventeenth Street, Suite 700 |
| | Denver, Colorado  80202 |
| | Telephone:  (303) 454-0100 |
| | |
| | Attorney for Defendant |