IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **05-cv-679-AP**

**LAURENE M. BROWN, n/k/a LAURENE M. HURLEY,**

      Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

      Defendant.

## ORDER

Kane, J.

This matter is before the Court on Defendant's Unopposed Motion to Remand (doc. #16), filed November 9, 2005. This Court has reviewed the file and considered the motion. It is hereby

**ORDERED** that the motion is **GRANTED**. This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Dated:  November 14, 2005

                                      BY THE COURT:

                                      S/**John L. Kane**
                                      SENIOR JUDGE,
                                      UNITED STATES DISTRICT COURT